### 27905.   GILLESPIE *v.* THE STATE.

BROYLES, C. J. The only assignment of error in the bill of exceptions is upon the judgment overruling the motion for a new trial. The record shows that said judgment was dated June 23, 1939; and the bill of exceptions recites that it was presented to the judge on July 20, 1939. It appearing that the bill of exceptions was not presented to the judge within twenty days after the date of the judgment excepted to, the writ of error must be      *Dismissed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 20, 1939.

*Henry L. Barnett,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.